UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 25-cr-142-2 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Luis Pablo Lopez-Velazquez, | |
| Defendant. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on August 8, 2025. ECF No. 49. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (noting a failure to file objections to a report and recommendation "waive[s] [the] right to de novo review by the district court"); *cf. Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 49] is **ACCEPTED**.

2. Defendant's Motion to Dismiss for Lack of Probable Cause [ECF No. 32] is **DENIED**.

Dated: October 6, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court